IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

QUANTEZ DLANE HARRIS                                        PLAINTIFF

v.                      CASE NO. 2:22-CV-2037

SHERIFF HOBE RUNION,
Sebastian County, Arkansas;
CAPTAIN DUMAS; AND
JOHN DOE GUARDS                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 12) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to comply with the Federal Rule of Civil Procedure, the Court's Local Rules and Orders, and failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this May 10, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE